# Court of Appeals
## Tenth Appellate District of Texas

10-25-00250-CR

Eleuterio Zuniga, Jr.,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
272nd District Court of Brazos County, Texas
Judge John L. Brick, presiding
Trial Court Cause No. 24-03006-CRF-272

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

The trial court denied a motion to set bond filed in the underlying case by Eleuterio Zuniga, Jr. Zuniga appealed the denial to this Court. The State filed a motion to dismiss Zuniga's appeal because it is interlocutory, and this Court has no jurisdiction to hear an interlocutory appeal of an order denying bail. Zuniga did not respond to the State's motion.

The State is correct. The Court of Criminal Appeals has said, "There is

no constitutional or statutory authority granting the courts of appeals jurisdiction to hear interlocutory appeals regarding excessive bail or the denial of bail." *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). Accordingly, we have no jurisdiction to decide Zuniga's interlocutory appeal of the trial court's order on denying his motion for bond. *See id.* Thus, we grant the State's motion and dismiss Zuniga's appeal[1] for want of jurisdiction.

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED:  September 11, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Motion granted
Appeal dismissed
Do Not Publish
CR25



---

[1] This dismissal of the appeal, however, is without prejudice to Zuniga applying for appropriate habeas corpus relief in the trial court. *See Ex parte Gray*, 564 S.W.2d 713, 714 (Tex. Crim. App. 1978) ("The proper method for challenging the denial or excessiveness of bail, whether prior to trial or after conviction, is by habeas corpus").